UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHELLE BAILEY | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:17-cv-451-B |
| | § | |
| ALLSTATE VEHICLE AND | § | (JURY) |
| PROPERTY INSURANCE COMPANY | § | |
| and CHRISTOPHER COOK | § | |
|     *Defendants.* | § | |

___

**AGREED STIPULATION OF DISMISSAL**
___

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Michelle Bailey and Defendants, Allstate Vehicle and Property Insurance Company and Christopher Cook, being all parties who entered an appearance in the above-referenced adversary proceeding, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, without prejudice to refiling.

Dated this 10th day of March, 2017.

                                            HAUN MENA, PLLC

                                            By: */s/ Ryan K. Haun*
                                                  RYAN K. HAUN
                                                  State Bar No.: 24055634
                                                  D. DOUGLAS MENA
                                                  State Bar No.: 24054982
                                                  (713) 781-8600- Telephone
                                                  (713) 781-8601- Fax
                                                  ryan@haunmena.com
                                                  doug@haunmena.com

                                                  **ATTORNEY FOR PLAINTIFF**

REED & TERRY, LLP

By: */s/ Travis B. Terry*
    Travis B. Terry
    State Bar No. 00788518
    56 Sugar Creek Center Blvd., Ste. 300
    Sugar Land, TX  77478
    (281) 491-5000 - Telephone
    (281) 491-5055 – Facsimile
    travis@reedterrylaw.com

**ATTORNEY FOR PLAINTIFF**

STACY | CONDER | ALLEN LLP

By:   */s/ - David G. Allen*
    David G. Allen
    State Bar No. 00786972
    allen@stacyconder.com
    Danah L. Woods
    State Bar No.: 24045259
    woods@stacyconder.com
    901 Main Street, Suite 6200
    Dallas, Texas 75202
    (214) 748-5000
    (214) 748-1421 (fax)

**ATTORNEYS FOR DEFENDANT**

### *CERTIFICATE OF CONFERENCE*

    I certify that on March 9, 2017, I conferred with David G. Allen and he was not opposed to the foregoing request for voluntary dismissal without prejudice.

                                  */s/ Ryan K. Haun*
                                  Ryan K. Haun

## *CERTIFICATE OF SERVICE*

      I hereby certify that a true and correct copy of the foregoing document has been forwarded by CM/ECF, first class U.S. mail, hand delivery, fax, commercial delivery service or email on this the 10th day of March, 2017 to the following counsel of record:

David G. Allen
Danah L. Woods
STACY CONDER ALLEN
901 Main Street, Suite 6200
Dallas, Texas 75202

                                        */s/ Ryan K. Haun*
                                        Ryan K. Haun